

FILED
8/5/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED
APR 08 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOSEPH FELTON

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 16-cv-4215
Judge Matthew F. Kennelly
Magistrate Judge Mary M. Rowland
PC 9
(To be supplied by the Clerk of this Court)

Director Reyes
Superintendant Brown
Sheriff Tom Dart
Superintendant Walsh
Cook County Jail
Cook County Sheriffs John Does
Cook County Sheriffs (OPR) John Does
Sgt. Black
Lois Mays
Rhonda Mays
Rosanna Mays
Directer Mueller
State of Il

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

NA

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

Filing under A.D.A

I. **Plaintiff(s):**

A. Name: JOSEPH FELTON

B. List all aliases: ______

C. Prisoner identification number: 20140319001

D. Place of present confinement: COOK COUNTY JAIL

E. Address: 2700 S. CALIFORNIA CHICAGO, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Director Reyes

Title: Director Reyes

Place of Employment: COOK COUNTY JAIL

B. Defendant: SUPERINTENDANT BROWN

Title: SUPERINTENDANT

Place of Employment: COOK COUNTY JAIL

C. Defendant: SHERIFF TOM DART

Title: SHERIFF

Place of Employment: COOK COUNTY

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: Superintendant WAlSH
title: superintendant
Place of Employment: cook county Jail

E. Defendant: Lois MAYS
title: Doctor (Mental Health Doctor)
Place of Employment: IDOC

F. Defendant: RHONDA MAYS
title: Supervisor
Place of Employment: Social security Building;

G. Defendant: ROSANNA MAYS
title: Mental Health
Place of Employment: chicago, Il

H. Defendants: John Does OPR sheriffs
title: Sheriffs OPR cook county
Place of employment: cook county;

I. Defendants: John Does
title: sheriffs
Place of employment: cook county;

J. Defendant: Director Mueller
title: Director
Place of employment: cook county

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: JOSEPH FElton V. University PArk #15cv4407

B. Approximate date of filing lawsuit: 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: JOSEPH FElton

D. List all defendants: city of University PArk

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern district

F. Name of judge to whom case was assigned: ______

G. Basic claim made: EXCESSIVE Force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Appealed

I. Approximate date of disposition: Unknown

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

A: JOSEPH FELTON V. IL state troopers #15 [illegible]
B: 2015
C: JOSEPH FELTON
D: IL state troopers
E: northern district
F: Judge SARA ellis
G: EXCESSIVE FORCE
H: pending
I: pending

---

A: JOSEPH FELTON VS. SHERIFF TOM Dart #14C7498
B: 2014
C: JOSEPH FELTON
D: SHERIFF TOM Dart
E: northern district
F: Judge MANISH S. SHAH
G: deliberate indifference
H: pending
I: pending

---

A: JOSEPH FELTON VS. city of CHICAGO Et, AL #14321
B: 2014
C: JOSEPH FELTON
D: city of CHICAGO
E: northern district
F: JUDGE MILTON I SHAdur
G: EXCESSIVE FORCE
H: pending
I: pending

---

A: JOSEPH FELTON VS. RUSH HOSPITAL Et, AL #15C3077
B: 2015
C: JOSEPH FELTON
D: RUSH HOSPITAL
E: northern district
F: Judge FEINERMAN
G: malpractice
H: Appeal
I: Appeal

A. JOSEPH FELTON VS. SHERIFF TOM Dart, Et, AL
# 15CV03447
B. 2015
C. JOSEPH FELTON
D. SHERIFF TOM Dart
E. Northern district
F. Judge MATTHEW F. Kennelly
G. DELIBERATE INDIFFERENCE
H. PENDING
I PENDING

A. JOSEPH FELTON VS. NORTH WESTERN Et, AL
# 15CV8925
B. 2015
C. JOSEPH FELTON
D NORTHWESTERN HOSPITAL Et. AL
E. NORTHERN district
F. Judge Robert W. GETTLEMAN
G. MALPRATRICE
H. PENDING
I PENDING

A. JOSEPH FELTON VS. TOM DART ET,AL 15CV11120

B. 2015

C. JOSEPH FELTON

D. ~~TOM DART~~ (SHERIFF TOM DART

E. NORTHERN DISTRICT

F. JUDGE MATTHEW F. KENNELLY

G EXCESSIVE FORCE

H. PENDING

I PENDING

pg1.

# Statement of claim:

ON 3-12-16:
I WAS ASSaulted By A SWORN ENEMY: Walter William who the security staff Also OPR Also Administrative supervisors Knew was My Enemy Documented on paper: who tried to Kill Me: came in My cell: I told the officer I should Be House Alone: It was on 2nd shift officer John Doe didn't care. So they put Walter Williams in same cell: He put His Hands on me choked me Hit me In My chest slamed me Am Handicapp Also In wheelchair: plus told officers on paper Am going to Kill Joseph Felton!. Also I came over Here to Kill Joseph Felton, My Family Lois Mays paid me to Kill Joseph Felton Also Rhonda Mays + Rosanna Mays: Officer Diaz on 11pm-7AM shift plus other officers Heard Him say this: Officer Diaz plus other officers removed Walter williams: He Also said in front of officers I Been trying to Kill Him For 2 years: I went to see nurse they call an staying I Had some thing wrong with my chest: EKS I was going to Die. Etc.. Also Walter williams →

2)

IS A SWORN ENEMY I told OPR over A year ago; My sister called down here told them: so I have grievances with control numbers: so staff was aware; of It. so it violates my 8th, 4th, 14th constitutional rights; cruel and unusual punishment & deliberate indifference clause; due process clause; Also failure to protect; I told sgt Block he was very disrespectful & unprofessional Also told Sgt Cruz she said we will worry about It later; Also told other officers; John Does; so am suing all who's liable & supervisor's liable Individual & in municipalities; Director Reyes, superintendant Brown & superintendant Walsh Also cook county Jail am suing; Failure to protect; Also holding Sheriff Tom Dart liable;

* A municipality's policies and customs include not only formal Affirmative policies but also inaction such as a failure to properly train its police officers city of Canton, 489 U.S at 388-89; Town of Mendon, 294 F.3d at 6

* An individual supervisor may be liable not only for deliberate indifference to the rights of others but also for reckless or callous indifference

pg3

X Federal law provides that plaintiff may recover damages if defendant: acting under ~~law~~ color of law, deprived him of a right guaranteed by the constitution. The right at stake here is the right to be free from cruel and unusual punishment.

The constitutional protection against cruel and unusual punishment requires prison officials to provide humane conditions of confinement and to take reasonable measures to guarantee the safety of the inmates, including reasonable measures to protect them from violence at the hands of other prisoners."

The defendants had deliberately indifferent cause: also negligent defendants actually knew + deconnected; knew of a substantial risk to plaintiff life + health + safety and the defendants disregarded it! Also suing Lois Mays + Rhonda Mays with color of state who paid there cousin or brother blood family to come kill me also paid Walter Williams to pay others gd's cause he's a chief to kill me also Lois Mays works

For IDOC A top Mental Health Doctor: who been also in control of paying her cousin Walter Williams plus others to Kill Me. Just like Her sister Rhonda Mays who's color of state also who works For Social Security Also paid there cousin money to come Kill Me. Walter Williams also stated I talk to them All the time Also Rosanna Mays Lois + Rhonda Mother. Walter Williams Family Also: who paid Him Also to Kill Me. So Am Also pressing charges on Them Also plus suing Them. Also Walter Williams is still sending Threats From His gd's gang Members Security staff Also Has family work As cook county sheriff Jobs Does: Also they still Have this enemy in same Rm on 8 A known Killer gang chief plus sworn enemy. I told OPR about His family who try where plus How they paid Him plus others OPR didnt care At All. need Them records to show This Also. suing All Involved.

P94

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THIS claim is Failure to protect From Assault By Another inmate: A sworn enemy on paper: Documented: so the Administration Knew of this matter Also OPR Also Security staff Before this Happen: Also the Federal Constitutional law protect yours rights Against Assault Also state constitutions And statutes Also protect your right to Be Free From Assault; 8th Amendment prohibits cruel And unusual punishment + 4th + 14th due process clause + deliberate indifference clause to my safety + life: All was violated deprivation of your libertys: plaintiff 8th, 4th, 14th U.S constitutional rights was violated: Suins All involved to the Full capacity:

~~[redacted]~~ ~~[redacted]~~ ~~[redacted]~~ ~~[redacted]~~

4



**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 3-12-16 I WAS ASSAULTED PHYSICALLY BY A SWORN ENEMY WALTER WILLIAMS: IT WAS ON PAPER I HAD FAMILY CALL TO LET SECURITY STAFF (SHERIFFS JOHN DOES) KNEW OF INMATE TRYING TO KILL ME ALSO WALTER WILLIAMS HAVE TOLD STAFF AT OTHER TIMES HE WAS GOING TO KILL ME ALSO WAS PAID BY HIS FAMILY TO KILL ME; HE'S A SWORN ENEMY I HAVE GRIEVANCES ON THIS: SHERIFF JOHN DOE MOVE MY SWORN ENEMY IN THE SAME CELL WITH ME. WALTER WILLIAMS TRIED TO KILL ME; AM HOLDING THE COOK COUNTY SHERIFFS LIABLE ALSO COOK COUNTY JAIL PLUS SHERIFF TOM DART ALSO DIRECTOR REYES ALSO SUPERINTENDENT LIABLE: FAILURE TO PROTECT CAUSE ALSO OTHERS INVOLVED,

ALSO DIRECTOR MUELLER KNEW OF SITUATION DID NOTHING TO PREVENT IT HOLD HIM ALSO SUPERVISOR LIABLE ALSO.

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________________

D. List all defendants: ______________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________

G. Basic claim made: ______________________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

THE COURSE OF CONDUCT DESCRIBE ABOVE AMOUNTS TO DELIBERATE INDIFFERENCE: Failure to protect AND CONSCIOUS DISREGARD TO THE SAFETY OF THE PLAINTIFF. AS SUCH DEFENDANTS CONDUCT DEPRIVED PLAINTIFF OF RIGHTS UNDER THE DUE PROCESS CLAUSE OF THE 14TH AND 8TH AMENDMENT 14TH OF THE UNITED STATES CONSTITUTION AND CONSTITUTES A FORM OF CRUEL AND UNUSUAL PUNISHMENTS FOR WITH THE 14TH AND 8TH AMENDMENT ALLOWS REDRESS ENTITLING FELTON TO BRING THIS ACTION PURSUANT TO 42 U.S.C §1983 PLAINTIFF ALLEGES THAT DEFENDANTS ARE LIABLE AS PERSONS UNDER THE 42 U.S.C §1983 FOR THE CONSTITUTIONAL RIGHTS PURSUANT TO POLICIES OR CUSTOMS THAT ARE SO PERSISTENT AND WIDESPREAD THAT THEY CONSTITUTE THE STANDARD OPERATING PROCEDURE OF THE DEFENDANTS AND ARE KNOW TO POLICY-MAKING OFFICIALS AND ARE ALLOWED TO CONTINUE. ALSO SUEING ALL DEFENDANTS + INDIVIDUALLY IN ALL OFFICIAL CAPACITY

ALSO SUEING FOR [redacted] FOR PUNITIVE + COMPENSATORY DAMAGES!

Case 1:16-cv-04215 Document #: 3 Filed: 04/08/16 Page 17 of 23 PageID #:140

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$ 113.5 ~~[illegible]~~ Million pain + suffering
compensatory damages;
punitive damages;

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4 day of 1, 20 16

Joseph Felton
(Signature of plaintiff or plaintiffs)

Joseph Felton
(Print name)

20140319001
(I.D. Number)

cook county Jail
P.O Box 089002
chicago, Il, 60608
(Address)



# COOK COUNTY SHERIFF'S OFFICE

(Oficina del Alguacil del Condado de Cook)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE FORM

(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
| --- | --- |
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

- ☒ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: ______
- ☐ OTHER: ______

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
| --- | --- | --- |
| [illegible] | [illegible] | [illegible] |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 2 RTU | 3E | 9-11-15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
| --- | --- | --- |
| 9-11-15 | 10:15 AM | [illegible] |

I have told different staff about this situation many of times! This inmate name Walter-williams AKA Chief I think in Div 9 or Div 10 keep threaten my life his been saying plus him that they going to kill me plus he pay people to take my life sending messages to people in RTU [illegible]

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

[illegible] I fear for my life I need I document this [illegible] Walter-williams is trying to [illegible] kill me [illegible] him down [illegible] ASAP!

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

**(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)**

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
| --- | --- |
| [illegible] | [illegible] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
| --- | --- | --- |
| [illegible] | [illegible] | 9/15/15 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40)(SEP 14) **(WHITE COPY** – INMATE SERVICES) **(YELLOW COPY** – CRW/PLATOON COUNSELOR) **(PINK COPY** – INMATE)



# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

**Complainant Information**

| NAME (Last, First, M.I.): Felton Joseph Andrew | | AGE: | DATE OF BIRTH: | HOME #: |
|---|---|---|---|---|
| HOME ADDRESS: P.O Box 089002 | | CITY: Chicago | | WORK/OTHER #: |
| STATE: Il | ZIP CODE: 60608 | STATE I.D./D.L. #: | | STATE OF ISSUANCE: |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complainant Information**

DATE OF INCIDENT: 3-12-16

TIME OF INCIDENT: 3PM-3AM

LOCATION OF INCIDENT: Div8 RTU 3E

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

Sgt. Black — Sheriff John Does
~~[illegible]~~ Sgt. Cruz — Lt. John Does
Supt. Brown
Director Reyes

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☒ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION. Cook County Jail

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Al Guy | Div8 RTU 3E | |
| Officer Diaz | Cook County Jail | |
| Harold V. | | |
| Mr. Roberts | | |
| Shawn Black | | |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

On 3-12-16 Div8 RTU 3E A sworn enemy of mine on paper; documented close to 2 years; name Walter Williams who been threatning to kill me on paper to Medical, OPR, Mental Health, I did grievances against him claim Walter Williams as my sworn enemy! He's a gangchief also of GD's; moved in my cell; Am in P.C cause I fear for my life from him; on paper; officer John Doe on 3pm-11pm moved Walter Williams in the same cell; I suppose to be housed alone I been having my family call about this way before this happen; Walter Williams tried to kill me in my cell, hit me slam my head on my back I am pressing charges to the fullest on all who's liable also am

☒ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: ______________ RECEIVED BY: ______________

IAD/IG #: ______________

**Complaint Narrative (Continued)**

HANDICAPP ALSO HE HIT ME IN CHEST PUT HIS HANDS AROUND MY NECK AN HAVING BLACKOUTS EXTREME PAIN ALSO MY EXTREME SIDE PAIN + HEADACHES; FIRST OF ALL WALTER WILLIAMS IS A SWORN ENEMY OF MINE ON PAPER; AND THE OPR PUT SAFEGUARDS IN ITS ALL ON RECORD WALTER WILLIAMS SAID IN FRONT OF OFFICERS 11-7 SHIFT OFFICER DIAZ + OTHER OFFICERS I CAME OVER HERE TO KILL JOSEPH FELTON I BEEN TRYING TO KILL HIM CLOSE TO 2 YEARS! AM GOING TO KILL HIM: AND WALTER WILLIAMS DID JUST THAT: I ALSO TOLD LT. PHILLIPS ABOUT THE SITUATION ALSO; ITS ON VIDEO HE CAME + ALSO TOLD SGT BLACK HE WAS VERY DISRESPECTFUL + SO UNPROFESSIONAL; ALSO TOLD SGT CRUZ ABOUT THE SITUATION: SO NOW I TOLD COMMANDER CRAWFORD WHO CAME OVER I GAVE HIM ALL SAFEGUARDS ON THE MATTER TOLD HIM ABOUT IT HOW WALTER WILLIAMS IS MY SWORN ENEMY; PLUS PUT HIS HANDS ON ME PLUS HOW HE TRIED TO KILL ME TOLD OTHER PEOPLE + STAFF ALSO IN FRONT OF OFFICER DIAZ + OTHER OFFICERS SAYING I KILLED HIS SISTER OVER + OVER PLUS HE CAME OVER TO KILL ME; BEEN WANTING + TRYING TO KILL ME CLOSE TO 2 YEARS; IT WAS TERRIBLE PLUS I GOT HURT + ALMOST KILLED I SO AM PRESSING CHARGES ON ALL WHO'S LIABLE STAFF OFFICERS ADMINISTRATION, DIRECTOR ETC. I FEAR FOR MY LIFE AN I.P.C AND WALTER WILLIAMS SET IN MY CELL;

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**

**I have read this statement that I have voluntarily made, consisting of ___ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge.** JOSEPH FELTON
**(Print Name)**

**Complainant's Signature:** [signature] **Date:** 3-24-16

**State of Illinois )**
**County of Cook )**

**Signed and** Affirmed **to before me on** 3-24-2016 **by** JOSEPH FELTON
**(date)** **(name of person making statement)**

**(notary seal)** OFFICIAL SEAL CARMELLA K. RICHARDSON NOTARY PUBLIC, STATE OF ILLINOIS My Commission Expires Aug 5, 2018

Carmella K Richardson
**(signature of notary public)**

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608

COOK COUNTY SHERIFF'S OFFICE

(Oficina del Alguacil del Condado de Cook)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

## INMATE GRIEVANCE FORM

(Formulario de Queja del Preso)

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ______
☐ OTHER: ______

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido) |
|---|---|---|
| Felton | Joseph | 2014031900l |
| **DIVISION** (División): | **LIVING UNIT** (Unidad): | **DATE** (Fecha): |
| 8 RTU | 3E | 3-27-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

control # 2016216O

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

Am Pressing charges on All Inclued;

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Especifico Del Incidente) |
|---|---|---|
| 3-12-16 | 3pm-3AM | Div 8 RT03E |

I Had A Sworn Enemy Put in My cell name Walter William: He tried to Kill Me In the cell: It was on record that He was My Enemy All the threats He A gang chief GD: I informed staff way Before This Happen Also My family called over A year Ago Have grievances plus Different control numbers About this matter; officer Diaz + other officers Heard My sworn Enemy say out loud I came over Here to Kill you + My

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (*Acción que esta solicitado, Esta sección debe completarse*)

family paid me to Kill you'. He Put His Hands on Me: I went to see Medical chest issues It's on record: I Am pressing charges on All Inclued Walter williams Also staff: He's still sending threats on My life: I fear for My life still

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

**(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)**

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| Commander Crawford / Director Reyes | Joseph Felton |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

Joseph Andrew Felton
# 20140319001
Div 8 RTU
Cook County Jail
P.O Box 089002
Chicago, Il, 60608

UNITED STATES POSTAGE
PITNEY BOWES
$ 002.30⁰
02 1P
0003203417 DEC 14 2015
MAILED FROM ZIP CODE 47951

RM

RECEIVED
APR 0 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16-cv-4215
Judge Matthew F. Kennelly
Magistrate Judge Mary M. Rowland
PC 9

to: Office of the clerk
United States District
court
219 South Dearborn street
Chicago, Il, 60604

